[Civ. No. 4420. First Appellate District, Division Two.—May 28, 1923.]

JAMES M. DOON, Appellant, v. EARLE A. WALCOTT et al., Respondents.

[1] MUNICIPAL CORPORATIONS—SAN FRANCISCO—CIVIL SERVICE—STRIKING NAMES FROM LISTS.—Judgment affirmed upon authority of *Gilbert* v. *Civil Service Com.,* 61 Cal. App. 459.

APPEAL from a judgment of the Superior Court of the City and County of San Francisco. Walter Perry Johnson, Judge. Affirmed.

The facts are the same as in *Gilbert* v. *Civil Service Com.*, 61 Cal. App. 459.

William A. Kelly for Appellant.

Geo. Lull, City Attorney, and Maurice T. Dooling, Jr., Assistant City Attorney, for Respondents.

NOURSE, J.—This is an appeal from a judgment denying appellant's petition for a writ of mandate to compel the respondents, constituting the Civil Service Commission of the city and county of San Francisco, to restore his name to a place upon the register of candidates eligible to appointment to the position of general clerk in the classified civil service of the city and county of San Francisco. The appeal is submitted on the record in *Gilbert* v. *Civil Service Com.*, 61 Cal. App. 459 [215 Pac. 97]. No briefs are filed upon this appeal and therefore nothing new is presented for consideration.

[1] Upon the authority of the Gilbert case the judgment is affirmed.

Sturtevant, J., and Langdon, P. J., concurred.